AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>United Parcel Service ("UPS") parcel bearing tracking number 1ZY7U93T0300022012 | )<br>)<br>) Case No. 8:23-MJ-00095<br>)<br>)<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

   *See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   *See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

   **YOU ARE COMMANDED** to execute this warrant on or before 14 days from the date of its issuance *(not to exceed 14 days)*

   ☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

   Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.

   ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

   ☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   February 16, 2023, at 12:20 pm            **DOUGLAS F. McCORMICK**
                                                                    *Judge's signature*

City and state:   Santa Ana, CA                                    Douglas F. McCormick, U.S. Magistrate Judge
                                                                    *Printed name and title*

AUSA: J. Waier

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>February 17, 2023 at 11:29 AM | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>FBI SA Daniel Lim, FBI SA Emily Hinson | | |
| Inventory of the property taken and name of any person(s) seized:<br>One (1) United Parcel Service parcel containing suspected methamphetamine (1630.7 grams) concealed concealed within a Honeywell Air Purifier | | |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

*Executing officer's signature*

*Printed name and title*

**AFFIDAVIT**

I, William Nguyen, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of an application for a search warrant for one United Parcel Service ("UPS") parcel bearing tracking number 1ZY7U93T0300022012, currently secured at the FBI Los Angeles Field Office in Los Angeles, California (the "**SUBJECT PARCEL**"), as described more fully in Attachment A.

2. The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance), 846 (Conspiracy to Distribute and to Possess with Intent to Distribute a Controlled Substance), and 843(b) (Unlawful Use of a Communication Facility (Including the Mails) to Facilitate the Distribution of a Controlled Substance) (the "Subject Offenses"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## BACKGROUND OF AFFIANT

4.  I am an FBI Special Agent and have been so employed since June 2018.  I am currently assigned to the Los Angeles Field Office Criminal Branch, Transnational Organized Crime Squad, an enforcement group comprised of agents and officers from federal and local agencies.  Before being assigned to the FBI Los Angeles Field Office, I completed approximately six months of formal training at the FBI Academy located in Quantico, Virginia.  Throughout the course of my training, I received instruction on various topics, including but not limited to, criminal federal law, various investigative techniques, money laundering techniques, surveillance, firearms training, and law enforcement tactics.  Prior to becoming an FBI Special Agent, I was a Staff Operations Specialist with the FBI Albany Field Office for approximately four years.

5.  During the time that I have been employed by the FBI, I have participated in multiple criminal investigations involving organized crime, narcotics trafficking, murder, gang activity, financial crimes, and identity theft.  I have also participated in many aspects of criminal investigations, including the issuance of subpoenas, reviewing of evidence, conducting electronic and physical surveillance, working with confidential informants and witnesses, conducting controlled narcotics purchases, executing search and arrest warrants, and conducting FBI undercover operations.  Additionally, I have

interviewed and/or debriefed confidential informants and other witnesses who have had knowledge regarding the investigations in which I have been involved.

## STATEMENT OF PROBABLE CAUSE

6.  FBI, Drug Enforcement Administration ("DEA"), Homeland Security Investigations ("HSI"), and other law enforcement agencies are investigating one or more international drug trafficking organizations ("DTOs") operating in the Central District of California and elsewhere. Over the course of the investigation, various suspects have imported drugs from Mexico, and then shipped parcels containing methamphetamine and other drugs to destinations inside and outside the United States.

7.  On or about November 21, 2022, Customs and Border Protection ("CBP") at the Los Angeles International Mail Facility ("LAX IMF") seized three drug parcels containing approximately 10 kilograms of suspected crystal methamphetamine concealed in sound amplifiers.[1]  The three drug parcels were seized at the freight forwarding company "Shipito," located at 444 Alaska Avenue, Torrance, CA 90503.  The listed shipper on all three parcels was Jeffrey Domonic at 2036 S. Second Street, Alhambra, CA 91801 with telephone number (626) 345-1114.  The parcels were destined for Japan with different recipient names and addresses.

---

[1] The parcels were seized and searched by CBP pursuant to the border search exception.  The suspected crystal methamphetamine field tested positive for methamphetamine and is currently pending analysis at the CBP laboratory.

8.  HSI SA Victoria Scott served an administrative subpoena to Shipito for the account information used to mail the drug parcels.  The Shipito account details listed parcel recipient names, addresses and phone numbers, including the recipient name Jie Chen ("J.CHEN") at 2712 New Avenue, Rosemead, CA, with telephone number (626) 554-9460.  SA Scott subpoenaed and received toll records for the phone number and found that the telephone was subscribed to by Jie Chen at the same address.  A law enforcement database check revealed California driver's license number Y4676581 in the name of Jie Chen, with a date of birth ("DOB") of February 14, 1983 and address of 2712 New Avenue, Rosemead, CA 91770.

9.  On December 5, 2022, an FBI Confidential Human Source ("CHS[2]") reported J.CHEN and Yangqiang Chen ("Y.CHEN") were involved in shipping concealed narcotics overseas.  J.CHEN had tasked the CHS to check on the status of recent shipments, and provided the CHS with J.CHEN's online Shipito log-in information.  J.CHEN advised the CHS that the shipments contained speakers.

10.  On January 21, 2022, Y.Chen invited the CHS over to Y.CHEN's residence.  During the party, Y.CHEN discussed his shipping activity and how he concealed his narcotics.  Y.CHEN then showed the CHS photos on Y.CHEN's cell phone, which included images of spools of plastic cords.  Y.CHEN advised these were 3D printing filaments.

---

[2] To date, FBI CHS (S-00112071) has been paid $1,200 for the CHS's cooperation in this investigation.

11.  Based on this information and other intelligence gathered during the course of this investigation, on January 12, 2023, members of the DEA conducted physical surveillance at the residence located at 2712 New Avenue, Rosemead, CA 91770.  At approximately 10:46 a.m., investigators arrived at the residence and observed a white 2020 BMW X4, California License Plate 8NXJ334 and VIN # 5UX2V1C01L9B46310 (the "TARGET VEHICLE"), parked in the driveway with the trunk open.  Two unidentified Asian males ("UM") were standing at the open trunk and a brown cardboard box (the "01/12/2023 METH PARCEL") was visible inside the trunk area of the TARGET VEHICLE.  A short time later the two UMs departed the residence in the TARGET VEHICLE with the 01/12/2023 METH PARCEL and arrived at the UPS Store located at 201 W Garvey Avenue, Unit 102, Monterey Park, CA 91754.

12.  DEA SA Matthew Sugiyama conducted foot surveillance and observed the UMs enter the UPS store with the 01/12/2023 METH PARCEL.  After approximately 2 minutes, both UMs exited the UPS Store without the 01/12/2023 METH PARCEL.  SA Sugiyama then entered the UPS Store and located the 01/12/2023 METH PARCEL.  SA Sugiyama reviewed the store CCTV and confirmed that the 01/12/2023 METH PARCEL was dropped off for shipment by the UMs.

13.  The following shipping information was associated with the 01/12/2023 METH PARCEL.  Shipper: Eddie Nash at 1826 Lakewood Drive, Union City, NJ 07087 with telephone number (201) 867-7877; Consignee: Wei Chen at 25 Waratah St, Eastwood NSW, Australia 2122 with telephone number 040-516-3231; and the listed commodity was "3D Printer Filament 3DF 3DF:1CS."

14. HSI SA Henry Blackwell took custody of the 01/12/2023 METH PARCEL and transported it to the Rosemead Public Safety Center. While at the Rosemead Public Safety Center, Los Angeles Sherriff's Department ("LASD") K9 Deputy James Sharp and his narcotics detection K9 "Nela" conducted an open-air sniff of the 01/12/2023 METH PARCEL. Deputy Sharp advised SA Sugiyama and SA Blackwell that Nela had alerted to the presence of narcotics within the 01/12/2023 METH PARCEL. Following the positive K9 alert for the presence of narcotics within the 01/12/2023 METH PARCEL, SA Blackwell conducted an outbound border search of the 01/12/2023 METH PARCEL.

15. An examination of the contents inside the 01/12/2023 METH PARCEL revealed approximately 2.12 kilograms of suspected crystal methamphetamine concealed around spindles of 3D filament.[3]

16. On February 14, 2023, the CHS advised the FBI that Y.CHEN instructed the CHS to contact UPS regarding the **SUBJECT PARCEL** that Y.CHEN had just mailed. Y.CHEN provided the CHS with the following information regarding the **SUBJECT PARCEL**:

    a. Sender: Xuehua CAI, 2482 New Ave, Rosemead, CA 917702938, US

    b. Recipient: Trading and Invertment Inc, Perter Lee, 444 Torrence Ave, Suite #BOZ350, Torrance, CA 90503, US

    c. Weight: 19.50 lbs

    d. Tracking number: 1ZY7U93T0300022012

---

[3] The approximately 2.12 kilograms of suspected crystal methamphetamine is pending analysis at the DEA laboratory.

   e. Ultimate destination: Joson Tran, 4 Dunrossil Ave, Fairfield East, New 2165, 0424 344 143, Sydney, Australia

 17. Y.CHEN sent the CHS a photo of the contents of the **SUBJECT PARCEL**, which contained "Hatchbox PLA Polylactic Acid 1.75mm Filament – 1KG Per Spool."[4]

 18. Y.CHEN advised the CHS that the recipient address of the **SUBJECT PARCEL** was incorrect, and tasked the CHS to contact UPS and change the recipient address to "444 Alaska Ave boz350, Torrence, CA 90503." The new address appears to belong to Shipito.

 19. On February 15, 2023, I saw LAPD Officer Brett Coffey and his trained drug-detection dog, "Zuke," examine the exterior of the SUBJECT PARCEL. Officer Coffey told me that Zuke positively alerted to the SUBJECT PARCEL independently, indicating the presence of narcotics contaminated items inside of the SUBJECT PARCEL. Attached as Exhibit 1 is Zuke's training and history in detecting drugs, as well as the examination of the SUBJECT PARCEL.

**TRAINING AND EXPERIENCE DRUG TRAFFICKING THROUGH THE MAIL**

 20. Based on my background, training, experience, and familiarity with investigations into drug trafficking conducted by other law enforcement agents, I am aware of the following:

   a. Drug traffickers attempt to conceal drugs within a variety of different items, which, at first glance, appear not

---

[4] Hatchbox is a company that produces various types of thermoplastic materials for filaments used in 3D printing.

7

to be suspicious.  Drug traffickers also use several packaging layers when shipping drugs to decrease the odor.

   b. Drug traffickers often use the United States Postal Service and commercial express mail delivery companies such as FedEx or UPS to ship drugs and drug proceeds.  They do so, at least in part, because of the convenience of the services, the availability of internet and phone tracking services, the speed of delivery, and to reduce their risk of arrest during the transportation of drugs from one place to another.  To avoid identification, drug traffickers often pay for postage in cash.

## CONCLUSION

 21. For all the reasons above, there is probable cause to believe that the SUBJECT PARCEL, as described in Attachment A, contains evidence, fruits, and instrumentalities of violations of the Subject Offenses, as described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 16th day of
February, 2023.

**DOUGLAS F. McCORMICK**
DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

8

# Exhibit 1

1   Your Affiant is Brett Coffey, Serial No. 38679.  Your
2   affiant has been a Los Angeles Police Officer since 2007, and is
3   currently assigned to Gang and Narcotics Division, K-9 Squad.
4   Your Affiant has attended numerous classes, seminars, training
5   lectures and on the job training in the field of narcotics given
6   by other narcotics experts.  These experts are from varied areas
7   of narcotics enforcement including LAPD, DEA, FBI, and other
8   agencies. Your Affiant, has attend and completed the Los Angeles
9   Police Department 40- hour academy narcotic training (sales,
10  packaging, usage); a post certified 2-day Narcotics training
11  course for 11550 and 11532 H&S, loitering for the purpose of
12  sales or purchasing narcotics.
13      Your Affiant has worked various specialized units for over
14  ten years and has directly made, participated in/or assisted in
15  over 200 various narcotic related arrest/violations, the bulk of
16  which were for possession and possession for sales of various
17  controlled substances. Your Affiant has worked under and is
18  currently working under the direction of senior narcotic
19  enforcement officers. Your Affiant has observed first hand, the
20  methods used by street dealers and users in the course of using,
21  buying, selling, transporting, packaging for sales and sales of
22  narcotics.
23      Your Affiant is currently a member of NPCA (National Police
24  Canine Association). In January of 2019, your Affiant was
25  assigned to the Gang and Narcotics Division, K-9 Squad. On
26  January 22nd, 2019, your Affiant assumed the responsibility of
27  canine "Zuke" #K9-317, a LAPD narcotics detection canine.  Your
28  Affiant's responsibilities consist of the care, training and

EXHIBIT 1
Page 1 of 2

29 handling of the canine. "Zuke" has received over (800) hours of
30 training, during which time he has successfully found over
31 (2300) training aids, which consists of actual narcotics.
32 "Zuke" alerts on the scent of narcotics, in which he is
33 imprinted on. His alert consists of physical and behavioral
34 reactions, which includes a heightened emotional state in which
35 he focuses (stares) on the source of the scent and he becomes
36 very possessive of the area. "Zuke" will positively alert his
37 handler to the scent of heroin, cocaine (Base and Powder), and
38 methamphetamine.
39      "Zuke" and your Affiant were first certified by the
40 National Police Canine Association on April 30th, 2019. "Zuke"
41 and your Affiant had their most recent certification by The
42 National Police Canine Association on August 9th, 2022.
43      On **February 15th, 2023** your Affiant responded to a request
44 for a narcotic detection canine. "Zuke" alerted to the scent of
45 narcotics on or in:
46 **Outbound UPS parcel Tracking#1ZY7U93T0300022012 at 17115 S**
47 **Western Ave, Gardena, CA 90247**
48
49 I declare under the penalty of perjury that all of the above is
50 true and correct. Executed at **11:00 AM** on the **15Th** day of
51 **February** in **Los Angeles** County.
52                                        _____
53                                        Officer Brett Coffey #38679
54 //
55 //

EXHIBIT 1
Page 2 of 2

**ATTACHMENT A**

PARCEL TO BE SEARCHED

One United Parcel Service parcel bearing tracking number 1ZY7U93T0300022012, with the sender information Xuehua CAI, 2482 New Ave, Rosemead, CA 917702938, US, currently in the custody of FBI Los Angeles in Los Angeles, California.



1







**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The following items are to be seized from the parcel described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance); 846 (Conspiracy to Distribute and to Possess with Intent to Distribute a Controlled Substance); and 843(b) (Unlawful Use of a Communication Facility (Including the Mails) to Facilitate the Distribution of a Controlled Substance):

      a.    Any controlled substances;

      b.    Any counterfeit controlled substances;

      c.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

      d.    Packaging material.